

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00238-CV

---

A&R Transportation LLC, GSA Enterprises LLC and
Cristian Villar-Silva, Appellants

v.

Timothy Neyman, Appellee

---

On Appeal from the 109th District Court

Winkler County, Texas

Trial Court No. DC23-18509

---

## MEMORANDUM OPINION

Before the Court is Appellants' unopposed motion to dismiss this appeal. Although the motion is not filed jointly, Appellants have attached a joint motion for dismissal and a proposed order signed by all parties. Citing to Texas Rule of Appellate Procedure 42, Appellants ask this Court for "the rendition of an order that dismisses this appeal and remands the cause for further proceedings in the district court."

This Court cannot both dismiss an appeal and remand to the district court. *See* Tex. R. App. P. 43.2. Although styled as a motion to dismiss the appeal, the relief the parties request is in substance that we set aside the judgment of the trial court and remand the cause for rendition of judgment in accordance with their settlement agreement. Tex. R. App. P. 42.1(a)(2)(B).

We deny the motion to the extent that it requests dismissal of the appeal, and we grant the motion to set aside. Accordingly, we set aside the judgment of the trial court, and remand the case for further proceedings in accordance with the parties' agreement. Tex. R. App. P. 42.1(a)(2)(B). Costs are taxed against the party incurring the same pursuant to the unopposed motion. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

February 12, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.